FILED IN OPEN COURT

DEC 18 2019

CHARLES R. DIARD, JR.
CLERK

**GM/SK**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIM. NO.** 19-00307-KD |
| | * | **USAO NO. 18R00089** |
| **v.** | * | |
| | * | **VIOLATIONS: 18 USC § 666(a)(1)(A)** |
| **JAMES ANTUAN BLACKMAN** | * | **18 USC § 1343** |
| | * | **18 USC § 1957(a)** |

## INDICTMENT

**THE GRAND JURY CHARGES:**

## INTRODUCTION

At all times material to this Indictment:

1.  Defendant **JAMES ANTUAN BLACKMAN** was the Chief of Staff/Administrative Assistant to the Mayor of Prichard, Alabama, from in or about November 2016 until on or about January 16, 2018.  As the Chief of Staff/Administrative Assistant to the Mayor, defendant **JAMES ANTUAN BLACKMAN** was an agent of the City of Prichard, Alabama, a local government that received in excess of $10,000.00 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, or other form of Federal assistance during each year material to this Indictment.

2.  Beginning in or about November 2016, and continuing until in or about January 2018, defendant **JAMES ANTUAN BLACKMAN** used his position with the City of Prichard to enrich himself by diverting to his personal benefit approximately $200,000.00 in money and property belonging to, and in the care, custody, and control of, the City of Prichard.

3.  Defendant **JAMES ANTUAN BLACKMAN** enriched himself by submitting false invoices to the City of Prichard and causing the City to issue checks, which he then took and

1

deposited into bank accounts that he controlled.

4.   Defendant **JAMES ANTUAN BLACKMAN** also enriched himself by taking and depositing checks payable to the City of Prichard, and checks payable to other entities that were in the care, custody and control of the City of Prichard, into bank accounts that he controlled.

5.   Defendant **JAMES ANTUAN BLACKMAN** also enriched himself by using his position with the City of Prichard to divert ownership of real property located on Outlaw Road, Herndon Avenue, and Stoval Street from the City of Prichard for his personal benefit.

**COUNT ONE**
**Theft Concerning Programs Receiving Federal Funds**
**Title 18, United States Code, Section 666(a)(1)(A)**

6.   The allegations in paragraphs 1 through 5 of this Indictment are realleged as though fully set forth herein.

7.   From in or about November 2016, and continuing until in or about January 2018, the exact dates being unknown, within Mobile County in the Southern District of Alabama, and elsewhere, defendant

**JAMES ANTUAN BLACKMAN,**

being an agent of the City of Prichard, Alabama, a local government that received in excess of $10,000.00 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, or other form of Federal assistance during a one year period, did embezzle, steal, obtain by fraud, knowingly convert without authority to the use of any person other than the rightful owner, and intentionally misapply property worth at least $5,000 and owned by and under the care, custody, and control of the City of Prichard; that is, defendant **JAMES ANTUAN BLACKMAN** used the methods described in paragraphs 3 through 5 of this Indictment to unlawfully take approximately $200,000.00 of the City of Prichard's money and property.

All in violation of Title 18, United States Code, Section 666(a)(1)(A).

## COUNTS TWO THROUGH SEVENTEEN
### Wire Fraud
### Title 18, United States Code, Section 1343

8.  The allegations in paragraphs 1 through 5 of this Indictment are realleged as though fully set forth herein.

9.  From in or about November 2016, and continuing to in or about January 2018, the exact dates being unknown, within Mobile County in the Southern District of Alabama, and elsewhere, defendant

### JAMES ANTUAN BLACKMAN

devised and intended to devise a scheme and artifice to defraud the City of Prichard and others, and to obtain money and property belonging to the City of Prichard and others, by means of materially false and fraudulent pretenses, representations, and promises.

### Purpose of the Scheme and Artifice

10.  It was a part of the scheme and artifice that defendant **JAMES ANTUAN BLACKMAN** would and did use his position with the City of Prichard to enrich himself by diverting to his personal benefit approximately $200,000.00 in money and property belonging to, and in the care, custody, and control of, the City of Prichard.

11.  It was a further part of the scheme and artifice that defendant **JAMES ANTUAN BLACKMAN** would and did enrich himself by submitting false invoices to the City of Prichard and causing the City to issue checks, which he then took and deposited into bank accounts that he controlled.

12.  It was a further part of the scheme and artifice that defendant **JAMES ANTUAN BLACKMAN** would and did enrich himself by taking and depositing checks payable to the City

3

of Prichard, and checks payable to other entities that were in the care, custody and control of the City of Prichard, into bank accounts that he controlled.

13.  It was a further part of the scheme and artifice that defendant **JAMES ANTUAN BLACKMAN** would and did enrich himself by using his position with the City of Prichard to divert ownership of real property located on Outlaw Road, Herndon Avenue, and Stoval Street from the City of Prichard for his personal benefit.

### The Wire Communications

14.  On or about the date listed below for each count, in Mobile County in the Southern District of Alabama, and elsewhere, defendant

### JAMES ANTUAN BLACKMAN,

for the purpose of executing the above-described scheme and artifice to defraud and attempting to do so, did cause to be transmitted in interstate commerce, by means of a wire communication, certain signs and signals; that is, defendant **JAMES ANTUAN BLACKMAN** caused an interstate communication between Alabama and another state when he deposited the check described below for each count into a bank account he controlled.

15.  The allegations of paragraphs 8 through 14 of this Indictment are realleged for each of Counts Two through Seventeen of this Indictment as though fully set forth therein.

| COUNT | DATE | CHECK NUMBER | PAYEE | AMOUNT |
|--------|--------|--------|--------|--------|
| Two | January 17, 2017 | 36600 | Cedar Grove Lodge 722 | $5,000.00 |
| Three | January 20, 2017 | 36633 | Real Deal Transport | $7,996.00 |
| Four | February 20, 2017 | 36872 | Hunt's | $3,000.00 |
| Five | March 20, 2017 | 38039 | Hunt's | $3,000.00 |
| Six | April 17, 2017 | 38185 | Hunt's | $3,000.00 |

| Seven | May 9, 2017 | 38373 | Real Deal Transport | $12,000.00 |
|---|---|---|---|---|
| Eight | May 12, 2017 | 38395 | Real Deal Transport | $6,500.00 |
| Nine | May 17, 2017 | 38406 | Port City Trailer | $4,145.00 |
| Ten | June 29, 2017 | 38657 | Gulf Trans | $5,000.00 |
| Eleven | August 4, 2017 | 38826 | Youth Arts Council | $30,000.00 |
| Twelve | August 11, 2017 | 38852 | Shackle Free Marketing | $3,250.00 |
| Thirteen | September 1, 2017 | 39001 | B.C. | $2,000.00 |
| Fourteen | September 1, 2017 | 39002 | DMT Publishing | $2,595.00 |
| Fifteen | September 8, 2017 | 1601 | JPS Construction | $4,150.00 |
| Sixteen | December 15, 2017 | 39424 | Gulf Trans | $3,500.00 |
| Seventeen | December 21, 2017 | 39449 | Gulf Trans | $3,500.00 |

All in violation of Title 18, United States Code, Section 1343.

### COUNT EIGHTEEN
### Money Laundering
### Title 18, United States Code, Section 1957(a)

16.  The allegations in paragraphs 1 through 15 of this Indictment are realleged as though fully set forth herein.

17.  On or about August 29, 2017, in Mobile County in the Southern District of Alabama, and elsewhere, defendant

### JAMES ANTUAN BLACKMAN

did knowingly engage and attempt to engage in a monetary transaction by, through or to a financial institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000; that is, defendant **JAMES ANTUAN BLACKMAN** caused a wire transfer of $39,200.36 to Surety Land Title, Inc., such property having been derived from a specified unlawful

5

activity, that is, theft and wire fraud as charged in Counts One through Seventeen of this Indictment.

All in violation of Title 18, United States Code, Section 1957(a).

## FORFEITURE NOTICE
### Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1)

18.  The allegations contained in Counts One through Eighteen of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1).

19.  Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1), upon conviction of theft, in violation of Title 18, United States Code, Section 666; wire fraud, in violation of Title 18, United States Code, Section 1343; and money laundering, in violation of Title 18, United States Code, Section 1957, defendant,

### JAMES ANTUAN BLACKMAN

shall forfeit to the United States of America any property constituting, or derived from, proceeds he obtained directly or indirectly, as the result of such violation(s); any property, real or personal, involved in such offense(s); and any property traceable to such property.  The property to be forfeited includes, but is not limited to, the following: a money judgment in the amount of $200,000.00.

20.  If any of the property described above, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided

without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section

982(a)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

RICHARD W. MOORE
UNITED STATES ATTORNEY

By:

George A. Martin, Jr.
Assistant United States Attorney

Sinan Kalayoglu
Assistant United States Attorney

Sean P. Costello
Assistant U.S. Attorney
Chief, Criminal Division                    DECEMBER 2019

7