Francis D. Mabien
4307 Via Alta Drive
Mobile, AL 36609

16 March 2020

Chief U.S. District Judge Kristi K. DuBose
U.S. District Court
Southern District of Alabama
155 St. Joseph Street
Mobile, AL 36602

Re: Character Reference for James Blackman

The Honorable Chief Judge DuBose,

Finding a person that you can share your life with these days seems like an impossible task. I have found a life long friend in James Blackman and would like to share what he means not only to me, but to the two wonderful children that we share Madison and James, II. Everyone has their flaws and failures but the way to truly learn a person is to witness their reaction during those difficult times. James and I have shared eight years together during which I have witnessed happiness and sorrow but through them all I have seen growth. He loves his family and friends and is always the one they call on in any situation. James is a very considerate person who has great empathy and compassion for others.

James is the best father to our children. They love their dad and have to see and talk to him every day. They are the center of each other's world and would be lost without each other. There has never been a time that he was unavailable for them and I believe that he would move heaven and Earth to ensure their happiness and well-being. He is heavily involved in their lives and I pray that he will be afforded the opportunity to continue being involved in their lives. I grew up in a household with both parents and always wanted the same for my children. He teaches and displays to our children the importance of good moral character, honesty, and loyalty.

This current situation has been difficult not only for James but for our entire family. I have seen a different side of James but have also seen him persevere in the face of adversity. He has attempted to keep everyone in good spirits during this process while continuing to provide for their well-being. I know that James has committed a crime that he sincerely regrets but I know that he has positive qualities that he will continue to share with the world. Additionally, he has a large, and committed support system and if given leniency in this matter I am sure that he can emerge as an example to others of what justice and forgiveness looks like when given a second chance at life.

If you have any questions, please feel free to contact me at 251-776-0932.

Yours Truly,

Francis Mabien

# Taylor Chapel

## Christian Methodist Episcopal Church



29 March 2020

Chief U.S. District Judge Kristi K. DuBose
U.S. District Court Southern District of Alabama

RE: Letter of Recommendation for James Blackman

The Honorable Chief Judge Dubose,

James has been a life-long member of Taylor Chapel Christian Methodist Episcopal Church. As his Pastor, I have seen many examples of his ministry and talents and have long been impressed by his Christian character, diligence and work ethics. James is not only active within the local church, he is active throughout the Mobile District which comprises 36 church, the Southeast Alabama Region which comprises 71 Churches and the Connectional Church which is international. Here at Taylor, James serves as the Church Secretary, Vice President of the Young Adult Auxiliary and the Missionary Society. He not only attends church regularly but is active and encourages others to do the same.

James has been both admired and respected by the members of Taylor Chapel. He has consistently demonstrated an ability to rise to any challenge that he must face in his ministry or any other endeavor. He has been an excellent role model for those seeking a more active and rewarding relationship with God. James is a person of good moral character, and as a bright spot in our congregation.

To conclude, I would like to restate my strong recommendation for James Blackman. Throughout this process, I have seen his faith in action. The words of Christ as recorded in Matthew 6:14 "For if you forgive other people when they sin against you, your heavenly father will also forgive you" echo throughout this stage of the judicial process. James has asked God and the community for Forgiveness and I implore your honor to show compassion in your sentencing. If you have any further questions regarding James's ability or this recommendation, please do not hesitate to contact me using the information on this letterhead.

Sincerely,

*Rev. Dr. Eddie Marzett*
Rev. Dr. Eddie Marzett, Pastor

**910 Dunlap Circle**
**Prichard, AL 36610**

**Rev. Desi Echoles,**
**Presiding Elder**

**Bishop Teresa Jefferson-Snorton,**
**Presiding Prelate**



# Fifth Episcopal District
# Christian Methodist Episcopal Church

*Bishop Teresa Jefferson-Snorton, Presiding Prelate*
Mailing Address: P.O. BOX 13383, Birmingham, Alabama 35202
Physical Address: 2615 12th Avenue, N., Birmingham, AL 35203

Email: cmebishop59@teresasnorton.com    Website: www.cmefifthdistrict.org

April 2, 2020

Chief U.S. District Judge Kristi K. DuBose
Southern District of Alabama
155 St. Joseph Street
Mobile, AL 36602

Dear Chief Judge DuBose,

I am pleased to provide this character reference for Mr. James Blackman, a member of the Taylor Chapel Christian Methodist Episcopal (CME) Church in Pritchard, Alabama.

I have been Mr. Blackman's presiding bishop since 2011. I knew him through various national youth and young adult events for several years before that. He is an active member in his local church, working willingly with devotion and energy in various capacities.

In addition, during my tenure as Presiding Bishop, Mr. Blackman has served our Southeast Alabama Region as Young Adult President, the Conference Secretary, Chair of the Titles, Deeds and Abstracts Committee and a member of the Regional Board of Trustees. He is a young adult representative to the National Pan-Methodist Commission and active in our denominational Youth Adult Ministry.

Mr. Blackman has consistently exercised all his duties and responsibilities in the church in a professional, respectful, effective and dependable manner.

Yours truly,

*Teresa Jefferson-Snorton*

Bishop Teresa Jefferson-Snorton, Presiding Bishop
Southeast Alabama Region, Fifth Episcopal District
The CME Church, Inc.

Birmingham Region / Florida Region / North Central Alabama Region / Southeast Alabama Region
CME College of Bishops, Chair, 2013-14, Secretary, 2014-22
Ecumenical Officer of the CME Church, Endorsing Agent and Chair, CME Chaplains Commission
Vice Chair, Board of Directors of Connectional Headquarters
Chair, Miles College Board of Trustees and Board Chair, Miles Foundation Service Corporation (MFSC)
Christian Methodist Episcopal Representative to Pan-Methodist Commission
Board Member, National Council of Churches in the USA
Chair, Family Life Committee, World Methodist Council
Member of the Central Committee of the World Council of Churches

**Eleventh Episcopal District**
**Christian Methodist Episcopal Church**
Bishop Kenneth W. Cater, Presiding Prelate
P.O. Box 174084  Arlington, Texas 76003
Kwcarter8@hotmail.com

March 26, 2020

RE: James Blackman

Chief U.S. District Judge Kristi K. DuBose
U.S. District Court
Southern District of Alabama
155 St. Joseph Street
Mobile, AL 36602

Your Honor:

I am, Bishop Kenneth W. Carter, Presiding Prelate of the Eleventh Episcopal District of the Christian Methodist Episcopal Church. I am writing today to express my strong support of the character and ask for leniency in the sentencing of my dear Christian brother and friend, James Blackman.

For more than a decade, I have known James to be an upstanding citizen, loving husband, dedicated father and son as well as strong Lay Leader in the church. He cares deeply, not only about the people he serves, but also about those who suffer injustice.

During James' tenure in the Youth and Young Adult Departments of the Christian Methodist Episcopal Church (on National and Annual Conferences levels), he was particularly helpful to people who were in need of Disaster Relief (Katrina and other natural disasters) in the United States as well as Africa, Haiti, Jamaica and other countries of the world. James' support and leadership assisted in development and implementation of programs that has, positively, impacted thousands of lives. He currently is a Mission Ambassador for the implementation of programs for our churches in the Kenya Region of the Eleventh Episcopal District.

The Christian Methodist Episcopal Church is a faith community of more than 1 million believers in Christ. We believe in redemption of men and women; people who, inherently, violate moral and ethical principles but learn lessons; and become more productive people in the end. Based on James' willingness to accept responsibility for his actions and placement of his life in your equitable hands, I believe he is one such person.

Also, I have come to know James on a personal level and consider him a dear friend. I, respectfully, ask for your compassion during this sentencing process.

If you have further questions, please feel free to contact me at your convenience.

Yours Truly,

Bishop Kenneth W. Carter



13321 August Drive
Mobile, AL 36695
251-333-0565
www.ledhomecare.com

March 23, 2020

Chief U.S. District Judge Kristi K. DuBose
U.S. District Court
Southern District of Alabama
155 St. Joseph Street
Mobile, AL 36602

RE: Character Reference for
Blackman, James A.
855 Wildwood Ave
Mobile, AL 36609

To the Honorable Judge Dubose,

Please accept this letter as a character reference for Blackman, James A. James has been employed with LED Homecare since 5 January 2019 and is a positive influence on the clients he serves. I stand behind James not only as his employer but also as a friend and pledge my continued support for him through this process.

In conversation with James, it is a fact that he has committed a crime, although I believe that he did not intend for it to be as severe as it may seem. Based on his interaction and level of professionalism with the clients that we serve, both James and the community would be better served if he could serve his punishment not in a confined center such as prison. Imprisonment at this time would unnecessarily destroy his future, alter the relationships that he has built with the clients he diligently serves and deprive society of a potentially valuable citizen.

James has proven to be a good friend, trustworthy employee, and faithful individual who has made a terrible mistake, which he truly is genuinely remorseful for. I humbly ask that you do not alter the direction of his life based on a bad decision but would grant mercy. I believe that James has learned from this experience and would be a great advocate and role model for others who maybe facing similar situations.

If you have any questions or require further information, please don't hesitate to contact me at 251-865-1669 or via email at Loveseands@gmail.com .

Sincerely,

George Love
Director of Care

Page 1 of 1

March 16, 2020

Chief U.S. District Judge Kristi K. DuBose
U.S. District Court
Southern District of Alabama
155 St. Joseph Street
Mobile, AL 36602

Re: Character Reference for James Blackman

I'm writing on behalf of my friend and Christian brother, James Blackman, who will be appearing before you in court for sentencing. As a friend, I have seen the love of Christ in action through James. He cares for the least of these through our missionary work at home in the United States and abroad in Africa and Haiti.

James is the organizer of our volunteer efforts when we have our Episcopal District meetings as well as our National Young Adult Retreat where we coordinate with a local homeless center to assist the neighborhoods in some way that we visit. James is always a listening ear and problem solver for us and takes on many responsibilities. He truly is a friend that always sees the bright side of any situation.

I believe that this is James's first legal charge and he has expressed much anguish and remorse about it. I think he will continue to do even more positive things to compensate for his lapse of judgement and am confident that this situation is deterrent enough to keep him from repeating the behavior. His character and faith are both qualities that keep him grounded in any situation.

Please consider these qualities about him when making your decision about what you will do in his case. You will feel free to call me at 205-746-6764 if you need to verify any of the statements contained in this letter.

Sincerely,

*Tiffanie Thompson*

Tiffanie Thompson,
Administrative Assistant to the Mayor, City of Birmingham, AL
tiffanie.thompson@birminghamal.gov

Grenetta J. Ward
4136 Jamett Circle
Eightmile, AL 36613

March 22, 2020

Chief U.S. District Judge Kristi K. DuBose
U.S. District Court
Southern District of Alabama
155 St. Joseph Street
Mobile, AL 36602

Dear Judge DuBose,

As an employee of the City of Prichard for 15 years, I have seen and experienced a lot of personalities and changes. This letter is in support of Mr. James Blackman, who worked closely with me during his time at the City of Prichard. Mr. Blackman was a kind person who gave 100 percent every day. He truly cared for the community and was a supporter of the programs that Parks and Recreations implemented. We sponsor a summer program and Mr. Blackman made sure that the kids received everything they needed and came to see them everyday of the program.

His character dealing with the employees and citizens was fair. I never saw him get angry or upset and he treated everyone with respect. The culture with city employees was changing because Mr. B as I called him, developed relationships with everyone and treated each of us as equals. I know that he has accepted responsibility for his action and I as an employee and citizen of the City of Prichard, would like to see him reenter the community and continue the positive impact that he started.

Sincerely,

Grenetta J. Ward, Superintendent
Parks & Recreation Department
City of Prichard, Alabama

# Character Reference
Mr. James Blackman
March 16, 2020

Chief U.S. District Judge Kristi K. DuBose
U.S. District Court Southern District of Alabama
155 St. Joseph Street
Mobile, AL 36602

Dear Your Honor,

I am writing this letter on behalf of James Blackman to provide a character reference on his or behalf. I have known him for a little over 4 years and have seen his character in action. I met James when he became a behavior paraprofessional to one of the students here at Leinkauf. This student was one who demanded around the clock supervision because of their outrageous and violent behaviors. From the time that the student and James met, he gave her unconditional love which is what she needed. After watching their interaction, I saw a decrease in the behaviors that the student previously displayed. I know that it was because of how James took time to help her and the understanding and patience he showed to her is the primary reason. The environment that our classroom, the students are diagnosed with a disability that will not let them learn in a regular classroom setting. James embraced those students as if they were his own. He wanted the best for them and on many occasions would provide for their needs out of his own pocket.

Throughout the time that I have known James, I have formed a very positive opinion of him. James has always gone above and beyond the call of duty for others. He's been a trustworthy friend, creative leader and considerate person. While here at Leinkauf, he started a mentoring program for the young men and taught them each week valuable life skills that they will need to be successful in life. He even purchased white button-down shirts and ties for each of them and exposed them to successful individuals in the community. He truly is a person who truly follows the instruction of Jesus Christ to "Do unto the Least of these".

Not only do I have a relationship with James, I also respect him greatly. I felt honored to be asked to provide this character reference and hope that the information I provided helps you understand what an outstanding individual James Blackman really is. As a person of faith, I know that he believes and heeds the words found in Hebrews 10:25 "Let us think of ways to motivate one another to acts of love and Good works" because he demonstrates that love daily. If I can be of further assistance, please feel free to contact me.

Regards,

Mary Pettway
SPED Paraprofessional, Leinkauf Elementary School
Pastor, Springfield AME Zion Church
Jackson, Alabama

Chief U.S. District Judge Kristi K. DuBose
U.S. District Court
Southern District of Alabama
155 St. Joseph Street
Mobile, AL 36602

The Honorable Judge DuBose,

I am writing this character reference for Mr. James Blackman. I have personally known James for over 10 years and worked with him at Leinkauf Elementary School for 3 years. During the time I worked with him, I have seen his personality, character, respect for others and work ethic and am happy to share my experience with you.

I have great respect for James and feel that he has been and continues to be a positive asset to the community especially the students and faculty here. While he was a coworker, he would go above and beyond for the students, their parents and coworkers. I know personally that he has spent personal resources to provide incentives for students and his coworkers. He treated everyone with respect and was loved by all who he encountered. I am saddened by the accusations that he faces now, but knowing him as a strong person of faith and integrity, I am happy to write this letter on his behalf.  Even with everything he is facing, he still finds time to come and volunteer/ brings incentives to the students here at least twice a month; he truly is a person who cares about the well being of others.

I feel certain that the experience that others have with James are similar to what I observed during the time we worked together. I pray that the same compassion that James has given others will be repaid during this time. If I can be of further assistance, please let me know.

Sincerely,

Kimberly S. Moore

PreK Teacher

Leinkauf Elementary School